**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EVERETT K. TERRY,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION NO. 12-6205** |
| | : | |
| **YEADON BOROUGH,** *et al.*, | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

**AND NOW**, this 13th day of December 2013, upon consideration of Defendants' Motion to Dismiss the Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

1.    The Motion is **GRANTED** as to Yeadon Borough and the Yeadon Borough Council, and the claims against those Defendants are **DISMISSED WITHOUT PREJUDICE**.

2.    The Motion is **DENIED** as to the Individual Defendants.

3.    Plaintiff is granted leave to file a second amended complaint in conformity with the accompanying Memorandum Opinion no later than January 6, 2014.  If Plaintiff does not file a second amended complaint, then the Individual Defendants shall file an answer to the Amended Complaint no later than January 20, 2014.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**