IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT K. TERRY** : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION NO. 12-6205** |
| : | |
| **YEADON BOROUGH,** *et al.* : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 19th day of August 2015, upon consideration of Defendants' Motion for Summary Judgment and the responses and replies thereto, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendants and **AGAINST** Plaintiff. It is further **ORDERED** that the Counterclaim of Defendant Yeadon Borough is **DISMISSED** as moot. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                        **BY THE COURT:**

                                                        /s/Cynthia M. Rufe
                                                        _____
                                                        **CYNTHIA M. RUFE, J.**